# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LANCASTER STATE PRISON,<br><br>　　　　　Defendant. | Case No. CV 15-05626-CBM (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: May 6, 2016

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE