# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MILLS,<br><br>   Plaintiff,<br><br>  vs.<br><br>LANCASTER STATE PRISON,<br><br>   Defendant. | Case No. CV 15-05626-CBM (DTB)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 6, 2016

                CONSUELO B. MARSHALL
                UNITED STATES DISTRICT JUDGE

1